## Affidavit Of M. LaTroy Williams

Comes now the M. LaTroy Williams, and states under oath as follows:

1. I believe the criminal contempt proceedings filed against me regarding the distribution, without my permission, of sample ballots by Greg Grant in 2020.

2. I have previously successfully sued the Tennessee State Democratic Party for removing my name from the ballot.

3. In a previous proceeding, I heard those who have brought charges against me stated in open Court that they were concerned over the power of Petitioner Williams to use his influence in elections stating "Your Honor, you don't know who Latroy Williams is. He can make anybody win."

4. I also heard the same parties state in open court that they would drop a lawsuit against Petitioner Williams if he would not endorse Charlotte ~~Burk~~ Bergmann.

5. I further heard the same parties state in open court if the court did not stop petitioner Williams that the Democratic Party and candidate Steve Cohen would have to spend too much money to defeat me.

6. In the 2010 case against me that was dismissed, the court admonished the petitioners for committing perjury and for destroying my campaign signs and said criminal charges would be brought against them if they did those things again.

7. In the 2010 case against me, the court declared that I was the legal owner organizations known as the Shelby County Democratic Party, The Shelby County Democratic Club, the Memphis Democratic Party Of TN, Inc. and the Greater Memphis Democratic Club, Inc.

8. As a gesture of goodwill, I agreed that any sample ballots put out by me or my organizations would state "Not affiliated with the Democratic Party."

9. As a further gesture of goodwill, I allowed the Grant brothers to take over use of the Greater Memphis Democratic Club, Inc.

10. I am an African American and I have significant civic and political influence in the African American community in Memphis Tennessee.

11. I heard lawyers for those seeking an injunction against me state in open Court that they were concerned over the power I have to use my influence in elections stating "Your Honor, you don't know who LaTroy Williams is. He can make anybody win."

12. Those seeking an injunction against me also stated in other proceedings that they would drop a lawsuit against me if he would not endorse Charlotte ~~Burk~~ Bergmann

13. Those seeking an injunction against me also stated in other proceedings that if the court did not stop petitioner Williams that the Democratic Party and candidate Steve Cohen would have to spend too much money to defeat him.

STATE OF TENNESSEE

COUNTY OF _Shelby_

I, M. LaTroy Williams, having been duly sworn according to law, affirm that the foregoing answers are true and correct to the best of my knowledge, information and belief.

M. LaTroy Williams

Sworn to and subscribed before me this the 27th day of _____ 2020.

My commission expires: _____