**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

___

M. LA-TROY ALEXANDRIA-WILLIAMS,

    Plaintiff,

v.                                        Case No. 2:20-cv-02715-MSN-atc

MARK GOINS, in his official capacity
as Coordinator of Tennessee Elections,
MARY MANCINI, in her official capacity
as Chairwoman of the Tennessee Democratic
Party,
LINDA PHILLIPS, Shelby County Election
Commissioner,

    Defendants.

___

**ORDER DENYING PLAINTIFF'S *PRO SE* EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE**

___

    This cause comes before the Court on Plaintiff M. LaTroy Alexandria-Williams's *pro se* Emergency Motion for Temporary Restraining Order filed October 27, 2020.  (ECF No. 8.) Plaintiff files this motion *pro se*.  (*Id.* at PageID 129.)  Plaintiff, however, is represented by Mr. Paul A. Robinson Jr., who has submitted previous filings in this matter. (ECF No. 1 at PageID 32.)  Mr. Robinson has not withdrawn as counsel for Plaintiff; in the absence of a withdrawal, the Court presumes Mr. Robinson still represents Plaintiff.

    This Court is not obligated to address *pro se* filings when that party is represented by counsel.  *See United States v. Martinez*, 588 F.3d 301, 328 (6th Cir. 2009); *Chasteen v. Jackson*, No. 1:09-cv-413, 2012 WL 1564493, at*3 (S.D. Ohio May 3, 2012) (compiling cases recognizing that courts will not consider *pro se* filings from represented parties).  Therefore, the Court **DENIES**

Plaintiff's motion **WITHOUT PREJUDICE**. If Plaintiff wishes, he can refile his motion **THROUGH COUNSEL**. Additionally, Plaintiff is hereby on notice that the Court will not consider *pro se* filings while he is represented. *See Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992) ("Representation by counsel and self-representation are mutually exclusive.")

**IT IS SO ORDERED** this 28th day of October, 2020.

*s/ Mark Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE