# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **M. LA-TROY ALEXANDRIA-WILLIAMS,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | Case no. 2:20-02715-MSN-atc |
| ) | |
| **MARK GOINS, in his official capacity** ) | |
| **as Tennessee Coordinator of Elections,** ) | |
| **MARY MANCINI, in her official capacity** ) | |
| **as Chairwoman of the Tennessee Democratic** ) | |
| **Party, LINDA PHILLIPS, in her official** ) | |
| **capacity as Shelby County Administrator** ) | |
| **of Elections,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT MARK GOINS' MOTION TO DISMISS

Comes the Defendant Mark Goins, in his official capacity as Coordinator of Elections for the State of Tennessee, and respectfully moves this Court to dismiss Plaintiff's complaint against him for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

This motion is supported by an accompanying memorandum of law.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ Kelley L. Groover
KELLEY L. GROOVER (BPR 034738)
Assistant Attorney General
Public Interest Division
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN  37202
(615) 532-2591
kelley.groover@ag.tn.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion has been sent through the court's ECF system and/or first class U.S. Mail, postage prepaid, to:

M. La-Troy Alexandria-Williams
3250 Commercial Parkway
Memphis, TN 38116

John Ryder
Pablo Varela
Harris Shelton Hanover Walsh PLLC
One Commerce Square
40 Main Street, Suite 2700
Memphis, TN  38103-2555

J. Gerard Stranch, IV
Benjamin A. Gastel
Seamus T. Kelly
Branstetter, Stranch, Jennings PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203

this 29th day of January, 2021.

                                      /s/ Kelley L. Groover
                                      KELLEY L. GROOVER
                                      Assistant Attorney General