**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

M. LA-TROY ALEXANDRIA-WILLIAMS,

     Plaintiff,

v.                                                                    Case No. 2:20-cv-02715-MSN-atc

MARK GOINS, in his official capacity
as Coordinator of Tennessee Elections,
MARY MANCINI, in her official capacity
as Chairwoman of the Tennessee Democratic
Party,
LINDA PHILLIPS, Shelby County Election
Commissioner,

     Defendants.

_____

**ORDER ALLOWING PLAINTIFF ADDITIONAL TIME TO RESPOND AND EFFECT
SERVICE**

_____

Before the Court is Plaintiff's Response to the Court's Order to Show Cause. (ECF No. 18.) On April 5, 2021, the Court entered an Order directing Plaintiff to show cause as to why Defendant Mark Goins' pending Motion to Dismiss, (ECF No. 15), should not be granted. (ECF No. 16 at PageID 225–26.) Defendant Goins filed his Motion to Dismiss on January 29, 2021. (ECF No. 15.) To date, Plaintiff has not responded. Additionally, the Court ordered Plaintiff to show cause as to why the remaining Defendants should not be dismissed for lack of service pursuant to Federal Rule of Civil Procedure 4(m). (*Id.* at PageID 226.) Although Plaintiff commenced this matter on September 24, 2020, he has yet to effect service on either Defendant Mancini or Defendant Phillips. Notably, Plaintiff had been proceeding *pro se* from December 18, 2020, until counsel made an appearance in this matter on April 15, 2021. (ECF No. 17.)

1

Plaintiff had fourteen (14) days to respond to the Court's Order.  (ECF No. 16 at PageID 225–26.)  He timely did so on April 19, 2021.  (ECF No. 18.)  In his Response, Plaintiff requests that he be granted an additional fourteen (14) days to file a responsive pleading to Defendant Mark Goins' pending Motion to Dismiss.  (*Id.* at PageID 232.)  He asserts that he did not receive notice of Defendant's motion and that is why he has failed to timely respond.  (*Id.* at PageID 231–32.)

Regarding his failure to timely effect service on the remaining Defendants, Plaintiff explains that problems in communicating with his prior counsel caused his failure to timely serve the remaining Defendants.  (*Id.* at PageID 231.)  As a brief background, on December 18, 2020, the Court granted then-Plaintiff's counsel's Motion to Withdraw.  (ECF No. 14.)  Plaintiff asserts that he had already paid prior counsel to effect service; he just failed to do so.  (ECF No. 18 at PageID 231.)

The Court finds Plaintiff's Response well-taken and **GRANTS** him his requested relief. Accordingly, Plaintiff shall effectuate service on the remaining Defendants and file notice of the same within fourteen (14) days of entry of this Court's Order.  Failure to do so will result in this Court dismissing the remaining Defendants in this matter without further notice.  Further, Plaintiff shall file his responsive pleading to Defendant Mark Goins' pending motion within fourteen (14) days of entry of this Order.  Failure to do so will result in the Court considering whether the Motion should be granted on solely the arguments contained within Defendant Goins' Motion.

**IT IS SO ORDERED**, this 23rd day of April, 2021.

*s/ Mark Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE