# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

M. LA-TROY ALEXANDRIA-WILLIAMS,

     Plaintiff,

v.                                                                          Case No. 2:20-cv-02715-MSN-atc

MARK GOINS, in his official capacity
as Coordinator of Tennessee Elections,
MARY MANCINI, in her official capacity
as Chairwoman of the Tennessee Democratic
Party, LINDA PHILLIPS, Shelby County Election
Commissioner,

     Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed on September 24, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Granting Defendant Mark Goins' Motion to Dismiss and Order Dismissing Case Without Prejudice Against Defendants Mancini and Phillips, (ECF No. 21), entered on August 31, 2021, all claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
            MARK S. NORRIS
            UNITED STATES DISTRICT JUDGE

DATE:      August 31, 2021